#611303  #128123

FILED
2009 DEC -3 PM 2:56
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:           \*            CASE # 05-74922 S
                         CHAPTER 13
          \*

Shane D. & Jonica T. Collingsworth
Debtor           \*

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case and/or case was closed. A stop payment has been issued on the following checks remaining unpaid. The names of the persons to whom such non-negotiated checks were issued, the amounts of such checks and the check numbers are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 583679 | Collingworth, Shane & Jonica<br>15803 Sperry Road<br>Vermilion, OH 44089-9269 | 166.14 | 7/31/09 |

2. Your trustee's check #611303 for a total of $166.14 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 11/19/09

_____
John P. Gustafson
Trustee in Bankruptcy